IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | | |
|---|---|---|
| JUSTIN SCHEER, | ) | |
| | ) | |
| Plaintiff, | ) | 2:21-CV-00949-CRE |
| | ) | |
| vs. | ) | |
| | ) | |
| AMY FISH, RICARDO SUZINSKY, REMNANT HOUSE, DAVID SUTTON, F.A.A.C.T. INC., DAN ACKERMAN, HOMESTEAD BOROUGH, ANTHONY MAYS, JILL E. RANGOS, | ) | |
| | ) | |
| Defendants, | ) | |

## **ORDER**

AND NOW, this 7th day of September, 2022,

IT IS HEREBY ORDERED that Defendant Judge Jill E. Rangos's motion to dismiss (ECF No. 24) is GRANTED and all claims asserted against her are dismissed with prejudice.

BY THE COURT:

s/ Cynthia Reed Eddy
Chief United States Magistrate Judge